CITY OF NEWARK v. SAMUEL COPELAND.

January 26, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT O. SLAUGHTER.

January 26, 1981.

Petition for certification denied.

SELECTED RISKS INSURANCE COMPANY v. ALLSTATE
INSURANCE COMPANY.

January 26, 1981.

ORDERED that the judgment of the Appellate Division is summarily reversed and the matter is remanded to permit the filing of the notice of appeal and consideration of the matter on the merits.

STATE OF NEW JERSEY v. GERALD HALL.

January 26, 1981.

Petition for certification denied.